UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHEP USA,<br><br>        Plaintiff,<br><br>        v.<br><br>ED LOPES, INC.,<br><br>        Defendant. | Civil Action No. 1:23-cv-12775 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiff submits its Corporate Disclosure Statement and states as follows:

CHEP is a New York general partnership with its principal office at 5897 Windward Parkway, Alpharetta, Georgia 30005. The partners of CHEP are Brambles North America Incorporated and Brambles Industries, LLC. Brambles North America Incorporated is a Delaware corporation with its principal office and principal place of business at 5897 Windward Parkway, Alpharetta, Georgia 30005. Brambles Industries, LLC, is a Delaware LLC with its principal office and principal place of business at 5897 Windward Parkway, Alpharetta, Georgia 30005. The sole member of Brambles Industries, LLC, is Brambles North America Incorporated.

Dated:  November 15, 2023        Respectfully submitted,

                                        /s/ *Nicholas M. O'Donnell*
                                        Nicholas M. O'Donnell
                                        BBO No.: 657950
                                        **SULLIVAN & WORCESTER LLP**
                                        One Post Office Square
                                        Boston, MA  02109

Tel: (617) 338-2800
Email: nodonnell@sullivanlaw.com

-and-

Samual A. Miller, Esquire
Mass. BBO No.: 648568
Florida Bar No. 034491
**AKERMAN LLP**
420 South Orange Avenue
Suite 1200
Orlando, Florida 32801
T: (407) 423-4000
Email: samual.miller@akerman.com

*Counsel for Plaintiff CHEP USA*

## **CERTIFICATE OF SERVICE**

I, Nicholas M. O'Donnell, certify that on November 15, 2023, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to any indicated as non-registered participants.

/s/ *Nicholas M. O'Donnell*
Nicholas M. O'Donnell